O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| GEORGE THOMAS, | No. CV 16-00089-JGB (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT W. FOX, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: September 28, 2016

/s/ Jesus G. Bernal
JESUS G. BERNAL
United States District Judge